O

JS - 6

cc; order, docket, remand letter to
Riverside County Superior Court,Murrietta, No. SWC 1300431

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND/OR SUCCESSORS,<br><br>           Plaintiff,<br><br>    v.<br><br>BYRON RAY MATHIEU; CHANDRA BELLE MATHIEU,<br><br>           Defendants. | Case No. EDCV 13-00774 DDP (OPx)<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>[Dkt. No. 6] |

    Presently before the court is Plaintiff Federal National Mortgage Association's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

///

///

The hearing on Plaintiff's Motion was set for July 22, 2013. Defendants' opposition was therefore due by July 1, 2013. As of the date of this order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance.[1] Accordingly, the court deems Defendants' failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion.

IT IS SO ORDERED.

Dated: July 17, 2013

DEAN D. PREGERSON
United States District Judge

---

[1] Defendants appear to have attempted to file notice through attorneys David Rankin and Logan Codi Marcus. (See Dkt. No. 13.) Rank and Marcus were notified by email on May 3, 2013, that they were not admitted to practice in this court and were given 10 days to respond by providing proof of admission or applying for admission. (Id.) They failed to do either and were terminated on June 24, 2013. (Id.) This failed attempt to file notice which was not corrected cannot be construed as a request for a continuance.

2